UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TASHANDA BRODY

           Plaintiff,

v

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

           Defendant.

Case No. 2:15-cv-11964
Hon. Gershwin A. Drain

Magistrate: Michael J. Hluchaniuk

---

**RICHARD A. LEVITT (P28073)**
**ANN-MARIE E. EARLS (P78308)**
**MELAMED, DAILEY, LEVITT &**
**MILANOWSKI, PC**
Attorneys for Plaintiff
26611 Woodward Avenue
Huntington Woods, Michigan 48070
(248) 591-5000
ricklevitt@mdlm-pc.com

**SHELLY LEE GRIFFIN (P49488)**
**JOSEPH C. JOHNSON (P76983)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
(248) 356-8590
sgriffin@pjmpc.com

---

**ORDER DIRECTING THE
UNITED STATES POSTAL SERVICE TO RELEASE DOCUMENTS**

    Having heard the positions of the parties with respect to this Order, the Court being fully advised, states:

    **IT IS HEREBY ORDERED** that the United States Postal Service is directed to release documents to the Defendant's attorneys related to the following addresses, including  a.) 20307 Westphalia, Detroit, Michigan 48205; b.) 36939 Harper Avenue, Apt. 17, Clinton Township, Michigan; and, c.) 19744 Goulburn, Detroit, Michigan, including change of address by the

occupants of the properties; forwarding address requests; dates of such requests; etc. for the months of months of January 2012 through September 2014.

      This Order does not resolve the last pending claim and does not close the case.

                                      /s/Gershwin A Drain
                                      HON. GERSHWIN A. DRAIN
                                      DISTRICT JUDGE