UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tashanda Brody,

                        Plaintiff(s),

v.                                              Case No. 2:15−cv−11964−GAD−SDD
                                                Hon. Gershwin A. Drain

Allstate Vehicle and Property
Insurance Company,

                        Defendant(s),

_____

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 110.  The following motion(s) are scheduled for hearing:

            Motion in Limine – #34
            Motion – #35

    • MOTION HEARING:  October 31, 2016 at 10:00 AM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/T Bankston_____
                                  Case Manager

Dated:   October 13, 2016