UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TASHANDA BRODY

        Plaintiff,

v

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

        Defendant.

Case No. 2:15-cv-11964
Hon. Gershwin A. Drain

Magistrate: Stephanie Dawkins Davis

| | |
|---|---|
| **RICHARD A. LEVITT (P28073)**<br>**ANN-MARIE E. EARLS (P78308)**<br>**MELAMED, DAILEY, LEVITT &**<br>**MILANOWSKI, PC**<br>Attorneys for Plaintiff<br>26611 Woodward Avenue<br>Huntington Woods, Michigan 48070<br>(248) 591-5000<br>ricklevitt@mdlm-pc.com | **SHELLY LEE GRIFFIN (P49488)**<br>**JOSEPH C. JOHNSON (P76983)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Defendant<br>27777 Franklin Road, Suite 1400<br>Southfield, Michigan 48034<br>(248) 356-8590<br>sgriffin@pjmpc.com |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties having settled their dispute without an adjudication on the merits, and this matter having come before the Court based on the stipulation of the parties, through their respective counsel, as evidenced by their signatures below, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned case is DISMISSED WITH PREJUDICE and without costs, interest, expenses or attorneys' fees to either of the parties.

**This Order resolves the last pending claim and closes the case**.

                                          /s/Gershwin A Drain
                                          HON. GERSHWIN A. DRAIN
                                          U.S. DISTRICT JUDGE

The undersigned consent to entry of
the above order.  Notice of entry waived.

| | |
|---|---|
| *s/ with consent of Rick Levitt* | *s/ Shelly Lee Griffin* |
| **MELAMED, DAILEY, LEVITT & MILANOWSKI, PC** | **PATRICK, JOHNSON & MOTT, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 26611 Woodward Avenue | 27777 Franklin Road, Suite 1400 |
| Huntington Woods, Michigan 48070 | Southfield, Michigan 48034 |
| (248) 591-5000 | (248) 356-8590 |
| ricklevitt@mdlm-pc.com | sgriffin@pjmpc.com |
| P28073 | P49488 |